AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>VINCENT M. WARD<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:19 mj 049<br>)<br>) MICHAEL J. NEWMAN<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 31, 2019** in the county of **Montgomery** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) and 924(a)(2) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

TFO *[signature]*
Complainant's signature

TFO Gregory Gaier, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/1/19

*[signature]*
Judge's signature

City and state: Dayton, Ohio

Michael J. Newman, U.S. Magistrate Court Judge
Printed name and title

FILED RICHARD W. NAGEL CLERK OF COURT 2019 FEB -1 AM 11:41 U.S. DISTRICT COURT SOUTHERN DIST. OHIO WESTERN DIV.

## AFFIDAVIT

Your Affiant, Gregory J. Gaier, being duly sworn, does hereby depose and state as follows:

### I.

### INTRODUCTION

1. I am a Detective with the Dayton Police Department. I have been employed by the City of Dayton since February 1995. I am currently assigned to the Federal Bureau of Investigation (FBI) Southern Ohio Safe Streets Task Force (SOSSTF) as a Task Force Officer (TFO). I have received training in drug trafficking investigations and have participated in numerous narcotics-related investigations (ultimately leading to successful prosecution) that involved surveillance, gathering evidence of money laundering, interviewing suspected drug traffickers, and supervising the activities of informants who provided information and assistance which resulted in the seizure of narcotics. Based on my training and experience, I am familiar with federal drug laws, and I am aware that it is a violation of Title 21, United States Code, Sections 841(a)(1) and 846 to possess with intent to distribute controlled substances (including crack cocaine, cocaine, and heroin), as well as to conspire to do the same. Further, I am aware of federal firearms laws and know that possessing a firearm in furtherance of a drug trafficking crime is a violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

### II.

### PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of an application for a federal arrest warrant and complaint against **Vincent Maurice Ward** for:

    a. Felon in possession of a firearm, in violation of 18 U.S.C. 922(g)(1) and 924 (a)(2).

The facts in this affidavit are submitted for the purpose of establishing probable cause, and do not include every fact known to your Affiant.

### III.

### SUMMARY OF PROBABLE CAUSE

3. On January 31, 2019, Dayton Police Officers Michael Conrads and Kevin Johnson were working a drug and violent crime "blitz" in the City of Dayton. Both officers were wearing their uniform of the day, driving together in a marked cruiser. Officers were patrolling in the area of N. Gettysburg Avenue and Hoover Avenue in the City of Dayton.

1

4. Officers observed a maroon Chrysler Pacifica with Ohio license HFD9211 traveling on Hoover Avenue. Task Force Officer (TFO) Jason Rhodes assisted in following the vehicle. This vehicle was known to be driven by **Vincent Maurice Ward ("WARD")**, a known drug dealer in the City of Dayton. **WARD** was also known to have a prior federal conviction for Conspiracy with the intent to distribute heroin. While traveling behind the vehicle, TFO Rhodes observed the Pacifica fail to signal while changing lanes of travel. This is a violation of Ohio traffic laws.

5. Dayton Police Officers Michael Conrads and Kevin Johnson followed behind the vehicle until they initiated a traffic stop at N. Gettysburg Avenue and Cornell Drive. **WARD** pulled his vehicle over at this location. Officers made contact with **WARD** for the traffic violation and contacted Dayton Police K-9 Officer Seth Gabbard and his K-9, Jake. Officer Gabbard responded within five minutes to the traffic stop location to conduct a free air sniff of the vehicle.

6. When the K-9 arrived, officers had **WARD** step out of the vehicle and he was placed in the back seat of the Dayton Police cruiser as the K-9 conducted a free air sniff of **WARD**'s vehicle. **WARD** was the registered owner of the vehicle. K-9 Jake alerted on the driver's front door of the Pacifica. A probable cause search was then conducted on the vehicle.

7. Officers located a Smith and Wesson .9 mm handgun, serial number LDJ2248, loaded with eight (8) live rounds, under the driver's seat on the driver's floorboard. A back pack was located on the passenger side floor board. This back pack was found to have a mason jar containing approximately 101 grams of marijuana and two plastic bags of suspected cocaine/fentanyl weighing approximately 23.65 grams. The suspected narcotics were marked, tagged and placed into the Dayton Police Property room to be submitted to the Miami Valley Regional Crime Lab (MVRCL) for analysis. The handgun was also marked, tagged and placed into the Dayton Police Property Room to be submitted for testing.

8. I reviewed the criminal history report on **WARD** which revealed a prior felony conviction in the United States Southern District of Ohio Federal Court:

    a. **WARD** was convicted on or about 07/09/2012, for Conspiracy to Possess with the intent to distribute 100 grams or More of Heroin, in the United States District Court, Southern District of Ohio Court, Case # 3:12CR039.

9. Based on my training and experience, I am aware that Smith and Wesson firearms are not manufactured in the state of Ohio. As such, I conclude that this firearm previously moved in interstate and/or foreign commerce to reach Ward in this state.

10. Based on the above information provided herein, your Affiant believes that probable cause exists to conclude that on January 31, 2019, **WARD**, while in the Southern District of Ohio:

2

    a.    Knowingly possessed, in an affecting interstate commerce, a firearm. Such possession occurring after **WARD** had been convicted of a felony punishable by a term of imprisonment exceeding one year, in violation of Title 18 U.S.C. Sections 922(g)(1) and 924 (a)(2)

Further your Affiant sayeth naught.

                        TFO _____
                        Gregory J. Gaier, Task Force Officer
                        Federal Bureau of Investigation
                        Southern Ohio Safe Streets Task Force

Subscribed and sworn to before me this
1st day of February, 2019.

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3